433 A.2d 99

First Mortgage Co. of Pennsylvania v. Denagy, Appellant.

Argued June 9, 1980.   Robert A. Godwin, for appellant;   Richard F. Stern, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

433 A.2d 99

March, Appellant v. Halterman.

Argued March 4, 1980.   Gibson B. Smith, for appellant;   Gerald E. Ruth, submitted a brief on behalf of appellee.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Appeal dismissed.